# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### CLEVELAND DIVISION

In the matter of:

**KINDER, TINA**

Debtor(s).

Case No. **19-10381-JPS**

Chapter 7

Judge **Jessica E. Price Smith**

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

      The attached check in the amount of $1,007.17 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| TINA NICOLE KINDER | Surplus Funds | $1,007.17 |

Total  Unclaimed/ Small Dividends $25.00 or under      $0.00

Total Unclaimed Dividends Over $25.00      $1,007.17

Dated: 05/11/2021

/s/ KARI B. CONIGLIO
KARI B. CONIGLIO
200 PUBLIC SQUARE, SUITE 1400
Cleveland, OH 44114
Telephone : (216) 479-6167
Facsimile : (216) 937-3766

cc: U.S. Trustee